Case 5:10-cr-00719-HLH   Document 28   Filed 02/07/11   Page 1 of 2



IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

FILED
FEB - 7 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
        DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. SA-10-CR-719-H |
| | § | |
| MICHAEL RICHARD MENDOZA | § | |

### ORDER FOR CONTINUANCE

On this day came on to be considered the Defendant's motion for a continuance in the above-styled and numbered cause. The trial was previously scheduled to commence on January 10, 2011. The Defendant filed a motion for continuance, and on December 29, 2010, the Court granted the motion. The case was continued for trial until February 7, 2011. On February 2, 2011, the Defendant filed another motion for continuance. The Court finds that the following orders should be entered.

It is ORDERED that the Defendant's motion for a continuance in the above-style and numbered cause be, and it is hereby, GRANTED.

It is further ORDERED that this cause be, and it is hereby, SCHEDULED for trial on Monday, March 7, 2011 at 9:30 a.m.

The Court finds that the interests of justice outweigh the interests of the public and the Defendant in a speedy trial, in that more time is needed by defense counsel to prepare for

trial, and that the period of time from February 2, 2011 through March 7, 2011 is excludable time under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

SIGNED AND ENTERED this 3rd day of February, 2011.

HARRY LEE HUDSPETH
SENIOR UNITED STATES DISTRICT JUDGE